Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–32746–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea M McCray
    aka Andrea McCray Reid
    6 Gallery Lane
    Willingboro, NJ 08046

Social Security No.:
   xxx–xx–8245

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 19, 2016 and a confirmation hearing on such Plan has been scheduled for June 21, 2017.

The debtor filed a Modified Plan on June 20, 2017 and a confirmation hearing on the Modified Plan is scheduled for July 19, 2017 at 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 22, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Andrea M McCray
        Debtor

Case No. 16-32746-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2            Date Rcvd: Jun 22, 2017
                           Form ID: 186              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
```
db            +Andrea M McCray,    6 Gallery Lane,    Willingboro, NJ 08046-3316
516525022     +ABC Bail Bonds,    Saldutti Law Grp.,    800 N. King Hwy., STe. 300,    Cherry Hill, NJ 08034-1511
516525021     +ABC Bail Bonds,    215 W. Bridge St.,    Morrisville, PA 19067-7118
516525023     +AT&T,    POB 981008,    Boston, MA 02298-1008
516525015     +Atlantic FCU,    POB 618 RD,    Kenilworth, NJ 07033-0618
516525012      Aurora/Rushmore/Wilm. Trust,    Loan Mgmt. Mtg. Svcs.,    POB 55004,    Irvine, CA  92619-5004
516525014     +Capital ONe,    POB 30281,    Salt Lake City, UT 84130-0281
516525016     +Citicards CBNA,    POB 6241,    Sioux Falls, SD 57117-6241
516525019     +Comcast (SW Credit Systems),    4120 International Py 1100,    Carrollton, TX 75007-1958
516525020     +EZ Pass,    375 McCarter Hwy.,    Newark, NJ 07114-2563
516525013     +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
516561862     +NJ Turnpike Authority,    Mark Schneider, Esq.,    518 Main St., POB 5042,
                Woodbridge, NJ 07095-5042
516525017     +Santander,    POB 961245,    Ft. Worth, TX 76101-0244
515559571     +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516563526     +Santander Consumer USA, Inc.,    POB 961245,    Ft. Worth, TX 76101-0244
516788353     +Wilmington Savings Fund Society Trustee (See 410),    c/o Rushmore Loan Mgmt. Services LLC,
                P.O. Box 55004,    Irvine, California 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:52    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:48    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516762567      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2017 22:28:57
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516525018     +E-mail/Text: electronicbkydocs@nelnet.net Jun 22 2017 22:19:54    Dept. of ED/Nelnet,
                3015 Parker Rd., 400,    Aurora, CO 80014-2904
516788129      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 22:41:14
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516761518     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2017 22:20:05    Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516535418     +E-mail/Text: electronicbkydocs@nelnet.net Jun 22 2017 22:19:54
                U.S. Department of Education C/O Nelnet,    121 South 13th St, Suite 201,
                Lincoln, NE 68508-1911
                                                                                     TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516525024*    +Dept of ED/Nelnet,    3015 Parker Rd., 400,    Aurora, CO 80014-2904
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                        Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark K. Smith    on behalf of Debtor Andrea M McCray markksmithlaw@aol.com,  Romasmith@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```

District/off: 0312-3              User: admin                Page 2 of 2              Date Rcvd: Jun 22, 2017
                                 Form ID: 186               Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                          TOTAL: 4