Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 16−32746−CMG
           Chapter: 13
           Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea M McCray
   aka Andrea McCray Reid
   6 Gallery Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8245

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 20, 2018
JAN: bwj

                                          Jeanne Naughton
                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                       Case No. 16-32746-CMG
Andrea M McCray                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin            Page 1 of 2         Date Rcvd: Jul 20, 2018
                             Form ID: 148           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db           +Andrea M McCray,    6 Gallery Lane,    Willingboro, NJ 08046-3316
516525022    +ABC Bail Bonds,    Saldutti Law Grp.,    800 N. King Hwy., STe. 300,    Cherry Hill, NJ 08034-1511
516525023    +AT&T,   POB 981008,    Boston, MA 02298-1008
516525015    +Atlantic FCU,   POB 618 RD,    Kenilworth, NJ 07033-0618
516525012     Aurora/Rushmore/Wilm. Trust,    Loan Mgmt. Mtg. Svcs.,    POB 55004,    Irvine, CA 92619-5004
516525019    +Comcast (SW Credit Systems),    4120 International Py 1100,    Carrollton, TX 75007-1958
516525020    +EZ Pass,   375 McCarter Hwy.,    Newark, NJ 07114-2563
516561862    +NJ Turnpike Authority,    Mark Schneider, Esq.,    518 Main St., POB 5042,
              Woodbridge, NJ 07095-5042
516788353    +Wilmington Savings Fund Society Trustee (See 410),    c/o Rushmore Loan Mgmt. Services LLC,
              P.O. Box 55004,   Irvine, California 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 23:39:55     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 23:39:49     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516525021    +E-mail/Text: maryanneabcbail@yahoo.com Jul 20 2018 23:41:22     ABC Bail Bonds,
              215 W. Bridge St.,    Morrisville, PA 19067-7118
516762567     EDI: AIS.COM Jul 21 2018 03:08:00      American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK 73124-8838
516525014    +EDI: CAPITALONE.COM Jul 21 2018 03:08:00     Capital ONe,    POB 30281,
              Salt Lake City, UT 84130-0281
516525016    +EDI: CITICORP.COM Jul 21 2018 03:08:00     Citicards CBNA,    POB 6241,
              Sioux Falls, SD 57117-6241
516525018    +E-mail/Text: electronicbkydocs@nelnet.net Jul 20 2018 23:39:58     Dept. of ED/Nelnet,
              3015 Parker Rd., 400,    Aurora, CO 80014-2904
516525013    +EDI: AMINFOFP.COM Jul 21 2018 03:08:00     First Premier,    3820 N. Louise Ave.,
              Sioux Falls, SD 57107-0145
516788129     EDI: PRA.COM Jul 21 2018 03:08:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516761518    +EDI: JEFFERSONCAP.COM Jul 21 2018 03:08:00     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516525017    +EDI: DRIV.COM Jul 21 2018 03:08:00     Santander,    POB 961245,    Ft. Worth, TX 76161-0244
516559571    +EDI: DRIV.COM Jul 21 2018 03:08:00     Santander Consumer USA, Inc.,    P.O. Box 560284,
              Dallas, TX 75356-0284
516563526    +EDI: DRIV.COM Jul 21 2018 03:08:00     Santander Consumer USA, Inc.,    POB 961245,
              Ft. Worth, TX 76161-0244
516535418    +E-mail/Text: electronicbkydocs@nelnet.net Jul 20 2018 23:39:58
              U.S. Department of Education C/O Nelnet,    121 South 13th St, Suite 201,
              Lincoln, NE 68508-1911
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516525024*   +Dept of ED/Nelnet,    3015 Parker Rd., 400,    Aurora, CO 80014-2904
517341661*   +Santander Consumer USA Inc.,    POB 961245,    Ft. Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 20, 2018
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Albert    Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Mark K. Smith    on behalf of Debtor Andrea M McCray markksmithlaw@aol.com,    Romasmith@aol.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6